# EXHIBIT C



March 16, 2017

Via FedEx

Hooper, Lundy & Bookman P.C.
Eric Chan
1875 Century Park East Suite 1600
Los Angeles, CA 90067-2517

Re: EnviroTech Molded Products, Inc. Employee Benefit Plan
    Claimant: 
    Dates of Service: 01/18/2016-01/27/2016; 03/10/2016; and 03/16/2016-03/18/2016

Dear Eric Chan,

This letter is in reply to your appeal letter dated 02/28/2017.

ELAP Services, LLC ("ELAP") is the Designated Decision Maker (the "DDM") for the self-funded EnviroTech Molded Products, Inc. Employee Benefit Plan ("Plan"), and accordingly, ELAP acts with certain fiduciary authority on behalf of the Plan. In accordance with the Plan's procedures for claims and appeals which may be found in the Plan documents, for purposes of the response on appeal, the term "Plan Administrator" shall be deemed to mean the DDM.

According to our records, the provider filed first appeals for the three claims noted above on 6/20/2016 and 07/14/2016. We responded to those appeals on 07/15/2016 and 08/09/2016.

This Plan allows one level of internal appeal. The Plan also contains provisions for an External Review following a final internal adverse benefit determination. External reviews are not, however, available for a denial, reduction, termination or refusal to provide payment for a benefit which is based on a determination that an individual is not eligible under the Plan, or the claim denial did not have a medical component. A medical component includes denials based upon the Plan's requirements for medical necessity, appropriateness, health care setting, level of care, effectiveness of the health care service or treatment requested, or a determination that a treatment is experimental or investigational, or a rescission of coverage. External review rights do not include denials without any use of medical judgment.

In accordance with the terms of the Plan, the Plan Administrator's decision on review of a final appeal will be final, binding and conclusive and will be afforded the maximum deference permitted by law. **Any legal action for the recovery of any benefits must be commenced within one year after the Plan's claim review procedures have been exhausted.**

You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits. Additionally, you have the right to bring an action under section 502(a) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1132(a). You and the Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.



The Plan Administrator considers the internal administrative process concluded. If you have any questions regarding this notice, please feel free to contact the undersigned at 610-321-1030.

Respectfully,

*Joanna Sprau/ms*

Joanna Sprau
Manager, Contracts, Compliance & Appeals

cc: MBA Benefit Administrators, Inc. for
EnviroTech Molded Products, Inc. Employee Benefit Plan

ELAP Services, LLC
EnviroTech Molded Products, Inc. Employee Benefit Plan -
2nd Appeal Response - Salinas Valley Memorial Hospital – 3 DOS
Page 2

CONFIDENTIAL                                                                 SVMHS000088



March 16, 2017

Via FedEx

Hooper Lundy and Bookman PC
Eric Chan
1875 Century Park East Suite 1600
Los Angeles, CA  90067-2517

Re: EnviroTech Molded Products, Inc. Employee Benefit Plan (the "Plan")
Claimant:
Date of Service: 03/14/2016

Dear Eric Chan,

ELAP Services, LLC ("ELAP") is the Designated Decision Maker (the "DDM") for the self-funded EnviroTech Molded Products, Inc. Employee Benefit Plan (the "Plan"), and accordingly, ELAP acts with certain fiduciary authority on behalf of the Plan. In accordance with the Plan's procedures for claims and appeals which may be found in the Summary Plan Description (the "SPD"), for purposes of the response on appeal, the term "Plan Administrator" shall be deemed to mean the DDM.

This letter is in reply to your correspondence dated 02/28/2017, regarding the payment of the above noted claim. You have exhausted all of the Plan's internal administrative remedies. Please see our letter dated 08/17/2016 for instructions regarding any further options that may be available to you.

If you have any questions related to this letter please contact me directly at 610-321-1030 extension 172.

Sincerely,

Tom Rogers
Manager, Appeals Processing
appeals@elapservices.com

cc: MBA Benefit Administrators, Inc. for
EnviroTech Molded Products, Inc. Employee Benefit Plan

TEL (610) 321-1030 | FAX (888) 275-3316 | 1550 Liberty Ridge Drive, Suite 330 | Wayne, PA 19087 | www.elapservices.com

CONFIDENTIAL                                                                                                              SVMHS000089



March 16, 2017

Via FedEx

Hooper Lundy and Bookman PC
Eric Chan
1875 Century Park East Suite 1600
Los Angeles, CA  90067-2517

Re:  EnviroTech Molded Products, Inc. Employee Benefit Plan (the "Plan")
     Claimant: ▮
     Claim Number: 201604150162
     Date of Service:  03/14/2016

Dear Eric Chan,

ELAP Services, LLC ("ELAP") acts as the Designated Decision Maker (the "DDM") with certain fiduciary authority on behalf of the self-funded EnviroTech Molded Products, Inc. Employee Benefit Plan (the "Plan").  In accordance with the Plan's procedures for claims and appeals which may be found in the Summary Plan Description (the "SPD"), for purposes of this response on appeal, the term "Plan Administrator" shall be deemed to mean the DDM.

This letter is in reply to your appeal dated 02/28/2017, regarding the Plan's denial of charges which were found to be in excess of the Allowable Claim Limits, as those defined in the Plan's SPD.

The Plan provisions regarding provider of service appeal rights specifying the terms and conditions through which the provider's right is granted were contained in the Notice of Adverse Benefit Determination (the "Notice") which was sent to Manager, Patient Accounts, Salinas Valley Memorial Hospital, 450 E Romie Ln, Salinas, CA 93901. **For purposes of this Plan provision, if a provider indicates on a Form UB or on a Form HCFA (or similar claim form) that the provider has an assignment of benefits, then the Plan will require no further evidence that benefits are legally assigned to that provider.**  In exercising the right of appeal, the provider is agreeing to pursue recovery of expenses denied as being in excess of the Allowable Claim Limits directly from the Plan, waiving any right to recover those certain expenses from the Plan participant.

The Plan provides one appeal level per claim determination.  The first level appeal must have been filed within 180 days of the date of receipt of the initial Notice.  Unfortunately, with respect to the claim in question, you did not send the appeal within 180 days of the date of the Notice.  The Notice for the date of service 03/14/2016 was issued and mailed to Salinas Valley Memorial Hospital on 05/02/2016.  This Notice clearly advises that any appeal must be filed within 180 days of the date the Notice was received.  The appeal rights were also contained in the Explanation of Benefits (EOB) that accompanied the payment to Salinas Valley Memorial Hospital.  Your appeal of this claim determination was not filed within the 180 day time limit specified in the Plan, the EOB and the Notices.

We are unable to review or reconsider the claim in question under the clear terms of the Plan regarding timely appeals.  In accordance with the terms of the Plan, the Plan Administrator's decision as set forth in the Notices will be final, binding and conclusive and will be afforded the maximum deference permitted by law. **All claim review procedures have been exhausted. Any legal action for the**

**recovery of any benefits must be commenced within one year after the Plan's claim review procedures have been exhausted.**

You are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to the claim for benefits. Additionally, you have the right to bring an action under section 502(a) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(a). You and the Plan may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office and your state insurance regulatory agency.

Should you have any questions regarding this notice, please feel free to contact the undersigned.

Respectfully,

Tom Rogers
Manager, Appeals Processing
appeals@elapservices.com

cc:  MBA Benefit Administrators, Inc. for
     EnviroTech Molded Products, Inc. Employee Benefit Plan

ELAP Services, LLC
EnviroTech Molded Products, Inc. Employee Benefit Plan -
Response to Late Appeal - Hooper Lundy and Bookman PC - 03/14/16
Page 2 of 2

CONFIDENTIAL                                      SVMHS000091